# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANDREW CUMMING** § | | **PLAINTIFF** |
| § | | |
| v. § | | **CAUSE NO. 1:08CV273 LG-RHW** |
| § | | |
| **BEAU VIEW OF BILOXI, LLC** § | | |
| **and JOHN DOES 1-10** § | | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Summary Judgment motions filed by the parties, the Court, after a full review and consideration of the Motions, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, Beau View of Biloxi, LLC, pursuant to FED. R. CIV. P. 56. The Plaintiff's claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 20th day of January, 2010.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE